**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ROBERTO MARTINEZ, 1295978,  )<br>　　　　Petitioner,　　　　　　　) <br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>NATHANIEL QUARTERMAN, Director, Texas )<br>Dept. Of Criminal Justice, Correctional  )<br>Institutions Division,　　　　　　)<br>　　　　Respondent.　　　　　　　) | No. 3:07-CV-1744-D |

## ORDER

After conducting a *de novo* review, the court concludes that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

April 30, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE